**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00003-WJM-NYW

CENTURYLINK COMMUNICATIONS, LLC,
CAROLINA TELEPHONE AND TELEGRAPH COMPANY, LLC,
CENTRAL TELEPHONE COMPANY,
CENTRAL TELEPHONE COMPANY OF TEXAS,
CENTRAL TELEPHONE COMPANY OF VIRGINIA,
CENTURYTEL MIDWEST-MICHIGAN, INC.,
CENTURYTEL OF ALABAMA, LLC,
CENTURYTEL OF ADAMSVILLE, INC.,
CENTURYTEL OF ARKANSAS, INC.,
CENTURYTEL OF CENTURAL ARKANSAS, LLC,
CENTURYTEL OF CENTRAL INDIANA, INC.,
CENTURYTEL OF CENTRAL LOUISIANA, LLC,
CENTURYTEL OF CENTRAL WISCONSIN, LLC,
CENTURYTEL OF CHATHAM, LLC,
CENTURYTEL OF CHESTER, INC.,
CENTURYTEL OF CLAIBORNE, INC.,
CENTURYTEL OF COLORADO, INC.,
CENTURYTEL OF COWICHE, INC.,
CENTURYTEL OF EAGLE, INC.,
CENTURYTEL OF EAST LOUISIANA, LLC,
CENTURYTEL OF EASTERN OREGON, INC.,
CENTURYTEL OF EVANGELINE, LLC,
CENTURYTEL OF FAIRWATER-BRANDON-ALTO, LLC,
CENTURYTEL OF FORESTVILLE, LLC,
CENTURYTEL OF IDAHO, INC.,
CENTURYTEL OF INTER ISLAND, INC.,
CENTURYTEL OF LAKE DALLAS, INC.,
CENTURYTEL OF LARSEN-READFIELD, LLC,
CENTURYTEL OF MICHIGAN, INC.,
CENTURYTEL OF MINNESOTA, INC.,
CENTURYTEL OF MISSOURI, LLC,
CENTURYTEL OF MONROE COUNTY, LLC,
CENTURYTEL OF MONTANA, INC.,
CENTURYTEL OF MOUNTAIN HOME, INC.,
CENTURYTEL OF NORTHERN LOUISIANA, LLC,
CENTURYTEL OF NORTH MISSISSIPPI, INC.,
CENTURYTEL OF NORTHERN MICHIGAN, INC.,
CENTURYTEL OF NORTHERN WISCONSIN, LLC,
CENTURYTEL OF NORTHWEST ARKANSAS, LLC,

CENTURYTEL OF NORTHWEST LOUISIANA, INC.,
CENTURYTEL OF NORTHWEST WISCONSIN, LLC,
CENTURYTEL OF ODON, INC.,
CENTURYTEL OF OHIO, INC.,
CENTURYTEL OF OOLTEWAH-COLLEGEDDALE, INC.,
CENTURYTEL OF OREGON, INC.,
CENTURYTEL OF PORT ARANSAS, INC.,
CENTURYTEL OF POSTVILLE, INC.,
CENTURYTEL OF REDFIELD, INC.,
CENTURYTEL OF RINGGOLD, LLC,
CENTURYTEL OF SAN MARCOS, INC.,
CENTURYTEL OF SOUTH ARKANSAS, INC.,
CENTURYTEL OF SOUTHEAST LOUISIANA, LLC,
CENTURYTEL OF SOUTHERN WISCONSIN, LLC,
CENTURYTEL OF SOUTHWEST LOUISIANA, LLC,
CENTURYTEL OF THE GEM STATE, INC.,
CENTURYTEL OF THE MIDWEST-KENDALL, LLC,
CENTURYTEL OF THE MIDWEST-WISCONSIN, LLC,
CENTURYTEL OF THE SOUTHWEST, INC.,
CENTURYTEL OF UPPER MICHIGAN, INC.,
CENTURYTEL OF WASHINGTON, INC.,
CENTURYTEL OF WISCONSIN, LLC,
CENTURYTEL OF WYOMING, INC.,
COASTAL UTILITIES, INC.,
EMBARQ FLORIDA, INC.,
EMBARQ MINNESOTA, INC.
EMBARQ MISSOURI, INC.,
GALLATIN RIVER COMMUNICATIONS L.L.C.,
GULF TELEPHONE COMPANY, LLC,
MEBTEL, INC.,
QWEST CORPORATION,
SPECTRA COMMUNICATIONS GROUP, LLC,
TELEPHONE USA OF WISCONSIN, LLC,
THE EL PASO COUNTY TELEPHONE COMPANY,
UNITED TELEPHONE COMPANY OF EASTERN KANSAS,
UNITED TELEPHONE COMPANY OF INDIANA, INC.,
UNITED TELEPHONE COMPANY OF KANSAS,
UNITED TELEPHONE COMPANY OF NEW JERSEY, INC.,
UNITED TELEPHONE COMPANY OF OHIO,
THE UNITED TELEPHONE COMPANY OF PENNSYLVANIA, LLC,
UNITED TELEPHONE COMPANY OF TEXAS, INC.,
UNITED TELEPHONE COMPANY OF THE CAROLINAS, LLC,
UNITED TELEPHONE COMPANY OF THE NORTHWEST,
UNITED TELEPHONE COMPANY OF THE WEST,

UNITED TELEPHONE SOUTHEAST, LLC,

      Plaintiffs,

v.

LEVEL 3 COMMUNICATIONS, LLC,
WILTEL COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC.,

      Defendants.

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

IT IS ORDERED that a Scheduling Conference is set for **February 18, 2016 at 10:00 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: January 7, 2016

                                            BY THE COURT:

                                            s/Nina Y. Wang_____
                                            United States Magistrate Judge