IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: | 16-cv-00003-WJM-NYW   Date: February 1, 2016 |
| Courtroom Deputy: | Brandy Simmons   FTR: NYW COURTROOM C-204* |

| Parties | Attorney(s) |
|---|---|
| CENTURYLINK COMMUNICATIONS, LLC, | *Wayne Odis Stacy* |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY, LLC, | *Douglas P. Lobel* |
| CENTRAL TELEPHONE COMPANY, | |
| CENTRAL TELEPHONE COMPANY OF TEXAS, | |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA, | |
| CENTURYTEL MIDWEST-MICHIGAN, INC., | |
| CENTURYTEL OF ALABAMA, LLC, | |
| CENTURYTEL OF ADAMSVILLE, INC., | |
| CENTURYTEL OF ARKANSAS, INC., | |
| CENTURYTEL OF CENTURAL ARKANSAS, LLC, | |
| CENTURYTEL OF CENTRAL INDIANA, INC., | |
| CENTURYTEL OF CENTRAL LOUISIANA, LLC, | |
| CENTURYTEL OF CENTRAL WISCONSIN, LLC, | |
| CENTURYTEL OF CHATHAM, LLC, | |
| CENTURYTEL OF CHESTER, INC., | |
| CENTURYTEL OF CLAIBORNE, INC., | |
| CENTURYTEL OF COLORADO, INC., | |
| CENTURYTEL OF COWICHE, INC., | |
| CENTURYTEL OF EAGLE, INC., | |
| CENTURYTEL OF EAST LOUISIANA, LLC, | |
| CENTURYTEL OF EASTERN OREGON, INC., | |
| CENTURYTEL OF EVANGELINE, LLC, | |
| CENTURYTEL OF FAIRWATER-BRANDON-ALTO, LLC, | |
| CENTURYTEL OF FORESTVILLE, LLC, | |
| CENTURYTEL OF IDAHO, INC., | |
| CENTURYTEL OF INTER ISLAND, INC., | |
| CENTURYTEL OF LAKE DALLAS, INC., | |
| CENTURYTEL OF LARSEN-READFIELD, LLC, | |
| CENTURYTEL OF MICHIGAN, INC., | |
| CENTURYTEL OF MINNESOTA, INC., | |
| CENTURYTEL OF MISSOURI, LLC, | |
| CENTURYTEL OF MONROE COUNTY, LLC, | |
| CENTURYTEL OF MONTANA, INC., | |

CENTURYTEL OF MOUNTAIN HOME, INC.,
CENTURYTEL OF NORTHERN LOUISIANA, LLC,
CENTURYTEL OF NORTH MISSISSIPPI, INC.,
CENTURYTEL OF NORTHERN MICHIGAN, INC.,
CENTURYTEL OF NORTHERN WISCONSIN, LLC,
CENTURYTEL OF NORTHWEST ARKANSAS, LLC,
CENTURYTEL OF NORTHWEST LOUISIANA, INC.,
CENTURYTEL OF NORTHWEST WISCONSIN, LLC,
CENTURYTEL OF ODON, INC.,
CENTURYTEL OF OHIO, INC.,
CENTURYTEL OF OOLTEWAH-COLLEGEDALE, INC.,
CENTURYTEL OF OREGON, INC.,
CENTURYTEL OF PORT ARANSAS, INC.,
CENTURYTEL OF POSTVILLE, INC.,
CENTURYTEL OF REDFIELD, INC.,
CENTURYTEL OF RINGGOLD, LLC,
CENTURYTEL OF SAN MARCOS, INC.,
CENTURYTEL OF SOUTH ARKANSAS, INC.,
CENTURYTEL OF SOUTHEAST LOUISIANA, LLC,
CENTURYTEL OF SOUTHERN WISCONSIN, LLC,
CENTURYTEL OF SOUTHWEST LOUISIANA, LLC,
CENTURYTEL OF THE GEM STATE, INC.,
CENTURYTEL OF THE MIDWEST-KENDALL, LLC,
CENTURYTEL OF THE MIDWEST-WISCONSIN, LLC,
CENTURYTEL OF THE SOUTHWEST, INC.,
CENTURYTEL OF UPPER MICHIGAN, INC.,
CENTURYTEL OF WASHINGTON, INC.,
CENTURYTEL OF WISCONSIN, LLC,
CENTURYTEL OF WYOMING, INC.,
COASTAL UTILITIES, INC.,
EMBARQ FLORIDA, INC.,
EMBARQ MINNESOTA, INC.
EMBARQ MISSOURI, INC.,
GALLATIN RIVER COMMUNICATIONS L.L.C.,
GULF TELEPHONE COMPANY, LLC,
MEBTEL, INC.,
QWEST CORPORATION,
SPECTRA COMMUNICATIONS GROUP, LLC,
TELEPHONE USA OF WISCONSIN, LLC,
THE EL PASO COUNTY TELEPHONE COMPANY,
UNITED TELEPHONE COMPANY OF EASTERN KANSAS,
UNITED TELEPHONE COMPANY OF INDIANA, INC.,
UNITED TELEPHONE COMPANY OF KANSAS,
UNITED TELEPHONE COMPANY OF NEW JERSEY, INC.,

UNITED TELEPHONE COMPANY OF OHIO,
THE UNITED TELEPHONE COMPANY OF
PENNSYLVANIA, LLC,
UNITED TELEPHONE COMPANY OF TEXAS, INC.,
UNITED TELEPHONE COMPANY OF THE CAROLINAS,
LLC,
UNITED TELEPHONE COMPANY OF THE NORTHWEST,
UNITED TELEPHONE COMPANY OF THE WEST,
UNITED TELEPHONE SOUTHEAST, LLC,

        **Plaintiffs,**

**v.**

LEVEL 3 COMMUNICATIONS, LLC,        *Amy Elizabeth Richardson*
WILTEL COMMUNICATIONS, LLC,        *Diego G. Hunt*
GLOBAL CROSSING TELECOMMUNICATIONS, INC.,

        **Defendants.**

---

## COURTROOM MINUTES/MINUTE ORDER

---

## TELEPHONIC STATUS CONFERENCE

Court in Session: 2:32 p.m.

Appearance of counsel.

Discussion held regarding posture of the case related to the pending request to transfer into the existing multidistrict proceeding in Dallas, Texas.

Discussion held on Plaintiffs' Unopposed Renewed Motion for a Stay of Proceedings Pending Ruling of the Judicial Panel on Multidistrict Litigation [26] filed January 15, 2016.

**ORDERED: Plaintiffs' Unopposed Renewed Motion for a Stay of Proceedings Pending Ruling of the Judicial Panel on Multidistrict Litigation [26] is GRANTED. The time for defendants to file any responsive pleading is stayed. All pretrial proceedings are stayed until further order of the court.**

**ORDERED: Parties shall file a Joint Status Report within five (5) days of any determination of the currently pending motion before the Judicial Panel on Multidistrict Litigation.**

Court in Recess:  2:36 p.m.          Hearing concluded.          Total time in Court: 00:04

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.